**Order entered December 1, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00489-CR

**NISHAL KESHAV RAJSAKHA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MB-1358026-A**

## ORDER

Before the Court is appellant's November 28, 2016 motion for extension of time to file brief. We **GRANT** appellant's motion and **ORDER** the brief filed by **DECEMBER 6, 2016.**

/s/     LANA MYERS
          JUSTICE